Avishai Shamtoub (SBN: 357463)
avishai@rdlawgroup.com
Eva Abrams (SBN: 181424)
eva@rdlawgroup.com
Alexander Derval (SBN: 326859)
alex@rdlawgroup.com
**RD Law Group LLP**
707 Wilshire Blvd., Fl 53,
Los Angeles, CA 90017
Phone: 424-239-7554

Attorneys for Plaintiff, CARRIE DEANDA

Thomas E. Walling, Esq. (SBN 186878)
FEDERAL EXPRESS CORPORATION
2601 Main Street, Suite 1100
Irvine, California 92614
Telephone: 949.862.4605
Facsimile: 901.492.5641
Email: thomas.walling@fedex.com

Attorney for Defendant
FEDERAL EXPRESS CORPORATION

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARRIE DEANDA, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION dba FEDEX GROUND PACKAGE SYSTEM, INC., a Delaware Corporation; BRANDON BURNS, an individual; and DOES 1 through 100, inclusive.<br><br>    Defendants. | Case No. 2:26-cv-00311-DJC-JDP<br><br>[Removed from San Joaquin County Superior Court, Case No. STK-CV-UWT-2026-0000013]<br><br>**ORDER**<br><br>**Hearing:** April 16, 2026<br>**Time:** 1:30 PM<br>**Location:** Robert T. Matsui United States Courthouse: 501 I Street, Sacramento, CA 95814, Courtroom 7, 14th floor<br>**Judge:** Hon. Daniel J. Calabretta |

**ORDER Granting Joint Request to Waive Appearance and Oral Argument**

Having reviewed the Parties' Joint Request to Waive Appearance and Oral Argument regarding Plaintiff's Motion to Remand (ECF No. 7), and good cause appearing, the Court orders as follows:

1. The Parties' Joint Request to Waive Appearance and Oral Argument is GRANTED.

2. The April 16, 2026 hearing on Plaintiff's Motion to Remand is VACATED.

3. Pursuant to Local Rule 230(g), Plaintiff's Motion to Remand (ECF No. 7) is submitted without oral argument and will be decided on the papers.

IT IS SO ORDERED.


Dated:  April 9, 2026                          /s/ Daniel J. Calabretta
                                               THE HONORABLE DANIEL J. CALABRETTA
                                               UNITED STATES DISTRICT JUDGE