# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

CARRIE DEANDA, an individual,

     Plaintiff,

v.

FEDERAL EXPRESS CORPORATION
dba FEDEX GROUND PACKAGE
SYSTEM, INC., a Delaware Corporation;
BRANDON BURNS, an individual; and
DOES 1 through 100, inclusive.

     Defendants.

Case No. 2:26-cv-00311-DJC-JDP

[Removed from San Joaquin County
Superior Court, Case No. STK-CV-UWT-
2026-0000013]

**JOINT STIPULATION OF DISMISSAL
WITH PREJUDICE (Fed. R. Civ. P.
41(a)(1)(A)(ii)); [PROPOSED] ORDER**

**1**
**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE (Fed. R. Civ. P. 41(a)(1)(A)(ii));
ORDER**

### ORDER ON STIPULATION OF
### DISMISSAL WITH PREJUDICE

The Court, having reviewed the parties' Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and good cause appearing, hereby orders as follows:

1.  This action is dismissed in its entirety.

2.  The dismissal is with prejudice.

3.  Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  June 22, 2026                    /s/ Daniel J. Calabretta

                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE